UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE GROVE, INC.                              :
                                             :
              Plaintiff,                     :
                                             :
       v.                                    :   Civil No. 07-
                                             :
UNITED STATES DEPARTMENT OF                  :
TRANSPORTATION, *et al.*                     :
                                             :
              Defendants.                    :

**CERTIFICATE REQUIRED BY L. CV. R 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiff The Grove, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of The Grove, Inc. which have any outstanding securities in the hands of the public

These representations are made in order that judges of this court may determine the need for recusal.

                                    Respectfully submitted,

                                    _____
                                    John Longstreth (#367047)
                                    KIRKPATRICK & LOCKHART
                                    PRESTON GATES ELLIS LLP
                                    1601 K Street, N.W.
                                    Washington, D.C. 20006-1600
                                    (202) 778-9000
                                    (202) 778-9100 (fax)

                                    Counsel for Plaintiff, The Grove, Inc.

Date: September 7, 2007

CERTIFICATE OF SERVICE

I certify that on September 7, 2007, a copy of the foregoing Certificate Required by L. CV.R 7.1 of the Local Rules of the United States District Court for the District of Columbia was personally delivered to the following:

Jeffrey A. Taylor
United States Attorney for the District of Columbia
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Alberto Gonzalez
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW

And that a copy of the foregoing was sent via certified mail to:

Mary E. Peters, Secretary
United States Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

J. Michael Trujillo, Director
Departmental Office of Civil Rights
United States Department of Transportation
1200 New Jersey Avenue, SE

Joseph Austin Associate Director
External Civil Rights Program Division
United States Department of Transportation
Departmental Office of Civil Rights
1200 New Jersey Avenue, SE
Washington, DC 20590

_____
John Longstreth