UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GROVE, INC.<br>3 Westbrook Corporate Center, Suite 500<br>Westchester, IL 60154<br><br>                       Plaintiff<br>      v.<br><br><br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION<br>1200 New Jersey Ave., SE<br>Washington, D.C. 20590<br><br>400 7th Street, SW<br>Washington, D.C. 20590<br><br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION DEPARTMENTAL<br>OFFICE OF CIVIL RIGHTS<br>1200 New Jersey Ave., SE<br>Washington, D.C. 20590<br><br>400 7th Street, SW<br>Washington, D.C. 20590<br><br>JOSEPH AUSTIN, Associate Director<br>External Civil Rights Program Division<br>Departmental Office of Civil Rights<br>United States Department of Transportation<br>1200 New Jersey Ave., SE<br>Washington, D.C. 20590<br><br>400 7th Street, SW<br>Washington, D.C. 20590<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1591 (HHK)<br>)   (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **John Longstreth,** via Electronic Case Filing (ECF).

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851