UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GROVE, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION DEPARTMENTAL )<br>OFFICE OF CIVIL RIGHTS, )<br>and )<br>)<br>JOSEPH AUSTIN, Associate Director, )<br>External Civil Rights Program Division, )<br>Departmental Office of Civil Rights, )<br>United States Department of Transportation, )<br>)<br>Defendants. )<br>_____)  | Civil Action No. 07-1591 (HHK)<br>(ECF) |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, by its undersigned attorneys, hereby respectfully moves for a thirty-day extension of the filing deadline of it Response to Plaintiff's Complaint, through and including on December 6, 2007. Good cause exists to grant this motion.

1. Defendant's Response is due on November 6, 2007.

2. Defendant requires additional time to file its Response. This extension is needed primarily due to the need to review the record and for further consultations with the Agency, as well as undersigned counsel's schedule, which has recently included motion practice in the matters of *Benham v. Rice*, Civil Action No. 03-1127(HHK/JMF) and *Doughrety v. Dept. of the Airforce*, Civil Action No. 06-2146 (RWR)*,* a motions hearing in the matter of *Damadio v. Kempthorne,* Civil Action No. 06-1503 (RJL/DAR) and depositions in the matter of *Pardo-*

*Kronemann v. Jackson*, Civil Action No. 05-0635 (JDB), *inter alia*.

3. Pursuant to Local Rule 7(m), the parties have consulted and Plaintiff consents to the relief requested.

4. Defendant therefore requests thirty additional days to answer or otherwise respond.

WHEREFORE, Defendant requests that this enlargement be granted, and that the filing deadline for its Response be extended to December 6, 2007. A briefing schedule is herewith attached.

Dated November 5, 2007.

                                                 Respectfully submitted,

                                                 /s/
                                          JEFFREY A. TAYLOR D.C. BAR # 498610
                                          United States Attorney

                                                 /s/
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

                                               /s/
                                          MERCEDEH MOMENI
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C.  20530
                                          (202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2007, I caused to be served upon Plaintiff's attorney, **John Longstreth**, the foregoing *Motion for Extension of Time to Respond to Complaint and Prosed Order,* via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GROVE, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION DEPARTMENTAL )<br>OFFICE OF CIVIL RIGHTS, )<br>        and )<br>)<br>JOSEPH AUSTIN, Associate Director, )<br>External Civil Rights Program Division, )<br>Departmental Office of Civil Rights, )<br>United States Department of Transportation, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-1591 (HHK)<br>(ECF) |

## ORDER

Upon consideration of Defendant's Consent *Motion for Extension of Time to Respond to Complaint* and the entire record herein, it is on the _____ day of _____ 2007,

**ORDERED** that:

1. Defendant's Motion is GRANTED, and it is further ORDERED that

2. Defendant's Dispositive Motion in response to the Complaint will be filed with the Court no later than December 6, 2007; and

3. Plaintiff's Opposition will be filed with the Court no later than January 21, 2008; and

4. Defendant's Reply will be filed with the Court no later than February 11, 2008.

**SO ORDERED**.

                                                     **HENRY H. KENNEDY, JR.**
                                                     **UNITED STATED DISTRICT JUDGE**

Copies to the parties via ECF.