UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE GROVE, INC.,                         )
                                         )
                    Plaintiff,           )
        v.                               )
                                         )    Civil Action No. 07-1591 (HHK)
                                         )    (ECF)
UNITED STATES DEPARTMENT OF              )
TRANSPORTATION, ET AL.                   )
                                         )
                    Defendants.          )
_____ )

## MOTION TO FILE EXHIBITS UNDER SEAL

Defendants, through and by undersigned counsel, hereby move to file the certified Administrative Record, attached to their Motion for Summary Judgment under seal, pursuant to LCVR 5.1(j).  A copy of the Administrative Record was hand delivered to Plaintiff's counsel, on November 30, 2007.  In support of this motion, Defendants say as follows:

1. Defendants filed their *Motion for Summary Judgment* ("the Motion"), on the evening of December 6, 2007.  *See* USDC Pacer Doc. No. 7.

2. The Administrative Record and a significant number of its attachments, submitted in support of the Motion, contain information such as bank account numbers, birth dates, social security numbers and tax-related information, which are protected by the Privacy Act.  This sensitive, personal information is interspersed throughout the Administrative Record such that page-by-page redaction of the information is not practicable.

3. Pursuant to Local Rule 7(m), the parties conferred, via telephone on December 6, 2007 and Plaintiff's counsel consents to the relief requested.

1

WHEREFORE, Defendants request that this motion be granted, and that the Court accept these documents under seal.  A minute order is requested.

Dated:  December 7, 2007.

Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December 2007, I caused to be served, by

the Court's Electronic Case Filing System, a true and correct copy of the above *Defendant's*

*Motion to File Under Seal* upon parties of record.


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW, Room E4208
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)