UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GROVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-1591 (HHK) |
| ) | (ECF) |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING OF EXHIBITS

Notice is hereby provided that on this 7th day of December 2007, Defendants filed the certified Administrative Record, in support of their *Motion for Summary Judgment* under seal, with the Clerk of the Court. A copy of the Administrative Record, without any redactions, was sent via hand delivery to Plaintiff's counsel, on the 30th day of November 2007.

1. Defendants filed their *Motion for Summary Judgment* ("the Motion"), on the evening of December 6, 2007. *See* USDC Pacer Doc. No. 7.

2. The documents supporting the Motion contain citations to the Administrative Record, throughout. *Id*. at Memorandum of Points and Authorities and Statement of Material Facts.

3. The Administrative Record and a significant number of its attachments contain information such as bank account numbers, birth dates, social security numbers, and tax-related information, which are protected by the Privacy Act. Defendants have requested that the Administrative Record be maintained under seal, (*see* Motion to Seal, USDC Pacer Doc. No. 8), and will file a hard copy and a CD-Rom of same with Clerk of the Court, on this date.

Dated: December 7, 2007.

                    Respectfully submitted,

                    /s/
_____

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

                    /s/
_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
 Assistant United States Attorney

                    /s/
_____

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December 2007, I caused to be served, by the Court's Electronic Case Filing System, a true and correct copy of the above *Notice of Filing* upon parties of record.

/s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW, Room E4208
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)