**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE GROVE, INC., )<br>)<br>    **Plaintiff,** )<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, ET AL. )<br>)<br>    **Defendants.** )<br>_____) | **Civil Action No. 07-1591 (HHK) (ECF)** |

## ERRATA

Defendants, by and through undersigned attorneys, filed their Motion for Summary Judgment (USDC Pacer Doc. No. 7), on December 6, 2007. The following sentence: "Exh. 1, attached hereto, was derived from the Administrative Record at 62 p. 11-13, for the Court's ease of reference[]", on page 25 of the Memorandum of Points and Authorities, should have been deleted prior to submission, but due to inadvertence, it was not.

                              Respectfully submitted,


                              _____/s/_____
                              JEFFREY A. TAYLOR D.C. BAR # 498610
                              United States Attorney


                              _____/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney


                              _____/s/_____
                              MERCEDEH MOMENI
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C.  20530
                              (202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2007, I caused to be served upon Plaintiff's attorney, **John Longstreth**, the foregoing *Errata,* via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851