UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GROVE, INC. | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES DEPARTMENT OF TRANSPORTATION , ET AL | : |
| | : Civil Action No: 07 -1591 (HHK) |
| Defendants. | : |

**CONSENT MOTION FOR CLARIFICATION OF THE SCHEDULE**

Plaintiff, by its undersigned attorney, hereby respectfully moves for a clarification of the schedule to provide that its Motion in Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment will be filed with the Court no later than January 22, 2008.

1. Plaintiff's Opposition is due on January 21, 2008. Plaintiff intends to file a Cross Motion for Summary Judgment at that time as well.

2. January 21, 2008 is Martin Luther King Jr. Day, a national holiday, and Plaintiff would like clarification that the motions will be due the following day, January 22, as well as a set date for its Reply in support of its Cross-Motion of March 3, 2008. .

3. Pursuant to Local Rule 7(m), the parties have consulted and Defendant consents to the relief requested, provided that its time to answer the Cross-Motion and Reply in support of its Motion is extended one day to February 12, 2008 .

WHEREFORE, Plaintiff requests that this clarification be granted, and that the filing deadline for its Opposition and Cross-Motion be extended to January 22, 2008, and that the briefing schedule as set out in the attached Order be entered.

Dated December 26, 2007.

Respectfully submitted,

_____/s/_____
John Longstreth (#367047)
William Kirk (#370762)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, D.C. 20006-1600
(202) 778-9000
(202) 778-9100 (fax)
Counsel for Plaintiff, The Grove, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE GROVE, INC. | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, ET AL | : |
| | : Civil Action No: 07-1591 (HHK) |
| | : |
| Defendants. | : |

**ORDER**

Upon consideration of Plaintiff's Consent *Motion for Clarification of the Schedule* and the entire record herein, it is on the _____ day of _____ 200__,

**ORDERED** that:

1. Plaintiff's Motion is GRANTED, and it is further ORDERED that

2. Plaintiff's Motion in Opposition to Defendants' Motion for Summary Judgment and Cross-Motion for Summary Judgment will be filed with the Court no later than January 22, 2008; and

3. Defendants' Opposition to Plaintiff's Motion and Reply in support of its own Motion will be filed with the Court no later than February 12, 2008; and

4. Plaintiff's Reply in support of its Motion will be filed with the Court no later than March 3, 2008.

**SO ORDERED.**

_____
**HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT COURT JUDGE**

Copies to the parties via ECF