**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE GROVE, INC., | ) |
| | ) |
|           **Plaintiff,** | ) |
|   v. | ) |
| | )     **Civil Action No. 07-1591 (HHK)** |
| | )     **(ECF)** |
| UNITED STATES DEPARTMENT OF | ) |
| TRANSPORTATION, ET AL. | ) |
| | ) |
|           **Defendants.** | ) |
| _____ | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE**
**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through their undersigned attorneys, hereby respectfully move for a

two-day extension of the filing deadline of their Opposition to Plaintiff's Cross Motion (*see*

USDC Pacer Doc. No. 13) and to file their Reply in Support of their Motion for Summary

Judgment (collectively "Response"), through and including on February 14, 2008.  Good cause

exists to grant this motion.

    1.  Defendants' Response is due on February 12, 2008.

    2.  Defendants require additional time to file their Response.  This extension is needed

primarily due to the need to complete the final section of the eight-section Response.

Undersigned counsel anticipated that the Response would be completed by the due date.

However, because of the need to coordinate with the Agency and further investigate a particular

issue, it only became apparent late this afternoon that the Response could not be filed timely.

Additional time is also needed to obtain agency and supervisory approval before filing with the

Court.

    3.  Pursuant to Local Rule 7(m), the parties have consulted via telephone and e-mail, and

Plaintiff's counsel, Mr. William Kirk, has graciously consented to the relief requested.

4.  Defendants therefore request two additional days to file their Response.

WHEREFORE, Defendants request that this enlargement be granted, and that the filing

deadline for its Response be extended to February 14, 2008.  A minute order is requested.

Dated February 12, 2008.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February 2008, I caused to be served upon parties

of record the foregoing *Motion for Extension of Time to Oppose Plaintiff's Cross Motion for*

*Summary Judgment,* via the Court's Electronic Case Filing system.


/s/

_____

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851