# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE GROVE, INC.                                   :

                                                  :

                        Plaintiff,                :

            v.                                    :

UNITED STATES DEPARTMENT OF                       :
TRANSPORTATION , ET AL
                                                  :    Civil Action No1:07CV0159(HHK)

                                                  :

                                                  :

                        Defendants.               :

## CONSENT MOTION FOR EXTENSION

Plaintiff, by its undersigned attorney, hereby respectfully moves for a revision of the schedule to provide that its Reply in Support of Cross-Motion for Summary Judgment will be filed with the Court no later than March 10, 2008.

1. Plaintiff's Reply in Support of Cross-Motion for Summary Judgment is due on March 3, 2008.

2. Plaintiff requests a one-week extension providing that the Reply will be due March 10, 2008.

3. The is extension is consistent with previous extensions granted the government in the case, and is necessary to allow coordination of a response with the client and to accommodate other press of counsel's work, including an appellate argument scheduled for March 3, 2008.

4. Pursuant to Local Rule 7(m), the parties have consulted and Defendant consents to the relief requested.

WHEREFORE, Plaintiff requests that the filing deadline for its Reply in Support of

Cross-Motion for Summary Judgment will be filed with the Court no later than March 10, 2008,

and a briefing schedule is herewith attached.

Dated February 27, 2008

Respectfully submitted,

John Longstreth (#367047)
William Kirk (#370762)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, N.W.
Washington, D.C. 20006-1600
(202) 778-9000
(202) 778-9100 (fax)
Counsel for Plaintiff, The Grove, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of  February, 2007, I caused to be served upon

Defendant's attorney, Mercedeh Momeni, the foregoing Consent Motion for Extension and

Proposed Order, via the Court's Electronic Case Filing System.

_____

John Longstreth

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ─────────────────────────── : | |
| THE GROVE, INC. : | |
| : | |
| : | |
| Plaintiff, : | |
| v. : | |
| : | |
| UNITED STATES DEPARTMENT OF : | |
| TRANSPORTATION , ET AL : | |
| : | Civil Action No1:07CV0159(HHK) |
| : | |
| : | |
| : | |
| Defendants. : | |
| ─────────────────────────── : | |

## ORDER

Upon consideration of Plaintiff's *Consent Motion for Extension* and the entire record herein, it is on the _____ day of _____ 200__,

**ORDERED** that:

1. Plaintiff's Motion is GRANTED, and it is further ORDERED that

4. Plaintiff's Reply in support of its Cross-Motion for Summary Judgment will be filed with the Court no later than March 10, 2008.

**SO ORDERED.**

_____
**HENRY H. KENNEDY, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

Copies to the parties via ECF.