CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GROVE, INC.                      )
                                 )
                                 )
                                 )
            Plaintiff            )
      v.                         )     Civil Case Number 07-1591(LFO)
                                 )
                                 )     Category C
UNITED STATES DEPARTMENT         )
  OF TRANSPORTATION, ET AL.      )
            Defendant            )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 26, 2008 from Judge Henry H. Kennedy, Jr. to Judge Louis F. Oberdorfer by direction of the Calendar Committee.

(Judge Oberdorfer has consented to the transfer.)

                    JUDGE ELLEN SEGAL HUVELLE
                    Chair, Calendar and Case
                    Management Committee

cc:   Judge Kennedy & Courtroom Deputy
      Judge Oberdorfer & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk